```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/27/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

FLYNN & FLYNN MUSIC, INC., et al.,

                                   Plaintiffs,            21-CV-09767 (VM)(SN)

      -against-                                                      **ORDER**

ORCHARD ENTERPRISES NY, INC.,

                                   Defendant.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       The Court held a settlement conference on April 13, 2022, which was unsuccessful in resolving this dispute. Since that conference, Plaintiff's counsel has indicated that there has been a breakdown in his relationship with his client. Accordingly, by May 6, 2022, Plaintiff's counsel shall file a letter with the Court indicating whether his client will be retaining new counsel. Plaintiff is reminded that Flynn & Flynn Music cannot represent itself without a lawyer. In the alternative, at Plaintiff's request, the Court can be available to continue settlement discussions.

**SO ORDERED.**

                                                          _____
                                                          SARAH NETBURN
                                                          United States Magistrate Judge

DATED:      New York, New York
                 April 27, 2022