```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/4/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

FLYNN & FLYNN MUSIC, INC., et al.,

                        Plaintiffs,                    21-CV-09767 (VM)(SN)

      -against-                             **ORDER**

ORCHARD ENTERPRISES NY, INC.,

                        Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      The Court has received an *ex parte* communication regarding Plaintiffs' counsel's continued representation of Plaintiffs. Counsel is reminded that all communications with the Court, other than those related to settlement, must be filed on the public docket. Any motion to withdraw shall be filed by May 11, 2022, and shall be addressed to Judge Marrero.

**SO ORDERED.**

                                                          _____
                                                          SARAH NETBURN
                                                          United States Magistrate Judge

DATED:     New York, New York
                 May 4, 2022