```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
FLYNN & FLYNN MUSIC, INC., et al.,         :
                                           :
                    Plaintiffs,            :    21 Civ. 9767
                                           :
     - against -                           :         ORDER
                                           :
ORCHARD ENTERPRISES NY, INC.,              :
                                           :
                    Defendant.             :
-------------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

On May 17, 2022, the Court ordered plaintiff to enter an appearance of substitute counsel by June 17, 2022. (See Dkt. No. 20.) As of June 29, 2022, plaintiff has not done so. By July 7, 2022, plaintiff is hereby ordered to submit a status report to the Court stating his efforts thus far to obtain substitute counsel.

**SO ORDERED:**

Dated: New York, New York
       29 June 2022

_____
Victor Marrero
U.S.D.J.