**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------X
FLYNN & FLYNN MUSIC, INC., et al., :

                Plaintiffs,    :     21 Civ. 9767
                            :
    - against -           :      **ORDER**
                            :
ORCHARD ENTERPRISES NY, INC.,   :
                            :
              Defendant.   :
-------------------------------------------------X

**VICTOR MARRERO, United States District Judge.**

      Following plaintiff's failure to comply with the Court's May 17, 2022 order, (see Dkt. No. 20), on June 29, 2022, the Court ordered plaintiff to submit a status report to the Court by July 7, 2022 stating his efforts thus far to obtain substitute counsel. (See Dkt. No. 21.) As of July 21, 2022, plaintiff has not complied with the Court's orders.

      The Court hereby orders plaintiff to obtain substitute counsel and have counsel enter a notice of appearance within five days. If plaintiff does not comply with this order, the Clerk of the Court will be directed to dismiss the action without prejudice with no further notice.

**SO ORDERED:**

Dated: New York, New York
       21 July 2022

                                Victor Marrero
                                U.S.D.J.