```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
FLYNN & FLYNN MUSIC, INC., et al.,          :

                    Plaintiffs,             :      21 Civ. 9767
                                            :
    - against -                             :         ORDER
                                            :
ORCHARD ENTERPRISES NY, INC.,               :
                                            :
                    Defendant.              :
-------------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

Following plaintiffs' failure to comply with the Court's May 17, 2022 order, (see Dkt. No. 20), June 29, 2022 order, (see Dkt. No. 21), and July 21, 2022 order (see Dkt. No. 23), the Court hereby directs the Clerk of the Court to dismiss this action without prejudice for lack of prosecution and plaintiffs' failure to comply with Court orders.

**SO ORDERED:**

Dated: New York, New York
       01 August 2022

*(signature)*
Victor Marrero
U.S.D.J.