```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
FLYNN & FLYNN MUSIC, INC., et al.,  :
                                    :
                      Plaintiffs,   :   21 Civ. 9767
                                    :
    - against -                     :        ORDER
                                    :
ORCHARD ENTERPRISES NY, INC.,       :
                                    :
                      Defendant.    :
-----------------------------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

The Court is in receipt of Plaintiff Owen Flynn's letter dated August 5, 2022, sent by fax to Chambers, requesting that the Court reinstate the matter and allow for him to proceed *pro se*.

The corporate plaintiff in this matter, Flynn & Flynn Music, Inc., may not proceed *pro se*. See Eagle Assoc. v. Bank of Montreal, 926 F.2d 1305, 1308 (2d Cir. 1991) ("[28 U.S.C. Section 1654] preclude[s] a corporation from appearing through a lay representative"). Mr. Flynn must either substitute counsel for the corporation, or he may proceed *pro se* solely in his capacity as an individual.

**SO ORDERED:**

Dated: New York, New York
       12 August 2022

_____
Victor Marrero
U.S.D.J.