UNITED STATES DISTRICT COURT
SOUNTHERN DISTRICT OF NEW YORK
-------------------------------------------X
FLYNN & FLYNN MUSIC, INC., et al.,    :

                Plaintiffs,    :    21 Civ. 9767
                                    :
  - against -    :    **ORDER**
                                    :
ORCHARD ENTERPRISES NY, INC.,    :
                                    :
                Defendant.    :
-------------------------------------------X

**VICTOR MARRERO, United States District Judge.**

    Due to plaintiff's failure to comply with the Court's August 17, 2022 Order (see Dkt. No. 27), among others, the Clerk of the Court is directed to dismiss this action without prejudice and close the case.

**SO ORDERED:**

Dated: New York, New York
       09 September 2022

                                              Victor Marrero
                                                U.S.D.J.